

RECEIVED

2012 FEB 27  AM 10: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LaToya Coleman
_____
(Name of plaintiff or plaintiffs)

v.                      CIVIL ACTION NO._____

UnitedHealthGroup inc.
_____
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, LaToya M Coleman
(name of plaintiff)

is a citizen of the United States and resides at 875 Federal Ridge Apt 208
(street address)

Collierville         USA              TN
(city)              (country)          (state)

38017                                901 341 9810
(zip code)                          (telephone number)

Revised 4-18-08

3. Defendant __United Health Group & William Bosarge, Walter Harrison__
(defendant's name)
lives at, or its business is located at __3115 Lenox Park Blvd - Memphis__
(street address)
__Office address. Corporate Office is in Minn.__
__William Bosarge & Walter Harrison is located in Brentwood, TN__

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__3175 Lenox Park Blvd Suite 400__
(street address)
__Memphis__   __USA__   __TN__   __38115__
(city)    (country)   (state)   (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __Jan - May on 2010 - 2011__.
        (day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __N/A__.
        (day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __29__   __Sep__   __2010__.
        (day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __27__  __12__  __2011__. (Attach a copy of the notice to
        (day)  (month)  (year)
this complaint.)

9. Because of plaintiff's (1) ✓ race, (2) ___ color, (3) ✓ sex, (4) ✗ no religion, (5) ___ national origin, defendant

   (a) ____ failed to employ plaintiff.

   (b) ✓ terminated plaintiff's employment.

   (c) ✓ failed to promote plaintiff.

   (d) "Called me a "Coon" more than once in writing/emails told me I would not be promoted because I was young & black. Urinated on my mail at work reported everything internally with no success also I have attachments to prove this. Also I filed two charges with EEOC they retaliated against me by forging my doctors name on an accommodation form & pinning it on me. I have emails to prove it.

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: In 2010 Walter Harrison descriminated against me by saying he is a "Red Neck" & I'am a funny "Coon" because I wanted a job promotion. He then stated if I was with him (me) are I could recieve a promotion. He attempted to get me into a hotel room. He stated sexual advancements towards me. I reported this act internally also. I thought he left the company. His manager became my manager & he was upset with me for filing my 1st EEOC charge against Walter. So he terminated me while I was on intermediate FMLA for stress. He retaliated. (Evidence shows it.)

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ✓ are no longer being committed by defendant.

   (c) ✓ may still be being committed by defendant. — Because it's no harder for me to get a job cause they are advertising saying bad things about me.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ✓ Defendant be directed to employ plaintiff, or

   (b) ✓ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) ____ Defendant be directed to _pay my back time wages cause I unfairly lost my job & now it's hard to find one._

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08