IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LATOYA COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:12-cv-02156 |
| ) | |
| UNITED HEALTHCARE SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Pursuant to this Court's March 25, 2013 Order, Defendant United Healthcare Services, Inc. was granted additional time to answer Plaintiff's First Amended Complaint, Doc. No. 53 while the Parties work toward resolving the matter.

Defendant's answer is due to be filed on April 8, 2013. Id.  However, the Parties have agreed on a settlement in this matter.  An Agreed Order of Dismissal in relation to the above caption matter is forth coming.

Respectfully submitted,

s/ Pamela R. Irons
O. John Norris, III (TN Bar No. 017504)
Pamela R. Irons (TN Bar No. 023707)
JACKSON LEWIS LLP
999 Shady Grove Rd., Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile:  (901) 462-2626
Email: norrisj@jacksonlewis.com
ironsp@jacksonlewis.com

*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

  I hereby certify that I have this 8th day of April, 2013, filed the foregoing document using the Court's CM/EMF filing system, which will automatically send e-mail notification of such filing to the following individuals of record:

    Justin S. Gilbert (TN Bar No.: 017079)
    Jonathan L. Bobbitt (TN Bar No.: 23515)
    Jessica F. Salonus (TN Bar No.: 28158)
    101 North Highland
    Jackson, Tennessee 38301
    Telephone: (731) 664-1340
    Facsimile: (731) 664-1540
    Email: jgilbert@gilbertfirm.com
        jbobbitt@gilbertfirm.com
        jsalonus@gilbertfirm.com

    *Attorneys for Plaintiff*


        s/ Pamela R. Irons
        Counsel for Defendant

4838-1202-4339, v. 1