# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LATOYA COLEMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No: 2:12-cv-02156 |
| | )   **JURY DEMANDED** |
| UNITED HEALTHCARE SERVICES, INC. | ) |
| | ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, acting through their respective counsel of record, hereby stipulate that Plaintiff's action against Defendant in this case is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Respectfully submitted,

**GILBERT RUSSELL McWHERTER, PLC**

/s/ Jessica F. Salonus
Justin S. Gilbert (TN Bar No. 017079)
Jonathan L. Bobbitt (TN Bar No. 023515)
Jessica F. Salonus (TN Bar No. 028158)
101 North Highland
Jackson, TN 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com
jbobbitt@gilbertfirm.com
jsalonus@gilbertfirm.com

ATTORNEYS FOR PLAINTIFF

/s/ Pamela R. Irons
O. John Norris, III (TN Bar No. 017504)
Pamela R. Irons (TN Bar No. 023707)
JACKSON LEWIS LLP
999 Shady Grove Road, Suite 110
Memphis, Tennessee 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
norrisj@jacksonlewis.com
ironsp@jacksonlewis.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this 8th day of July, 2013:

/s/ Jessica F. Salonus