```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```
_____

LATOYA COLEMAN,                )
                               )
    Plaintiff,                 )
                               )
v.                             )  No. 2:12-cv-02156-JPM-dkv
                               )
UNITED HEALTHCARE SERVICES,    )
INC.,                          )
                               )
    Defendant.                 )
                               )
_____

# JUDGMENT
_____

**JUDGMENT BY THE COURT.** This action having come before the Court on the parties' Stipulation of Dismissal with Prejudice (ECF No. 58), which was filed on July 8, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation of Dismissal with Prejudice (ECF No. 58), the above-captioned case is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.


APPROVED:


/s/ JON PHIPPS McCALLA_____
CHIEF UNITED STATES DISTRICT JUDGE

July 8, 2013_____
Date